(87 South. 703)

**KING v. STATE. (6 Div. 126.)**

(Supreme Court of Alabama.   Oct. 28, 1920.)

Certiorari to Court of Appeals.

Tossie King was convicted of manslaughter, judgment was affirmed by Court of Appeals (17 Ala. App. 536, 87 South. 701), and he applies for certiorari. Writ denied.

McKinley, McQueen & Aldridge and J. M. Foster, all of Tuscaloosa, for appellant.

J. Q. Smith, Atty. Gen., for the State.

BROWN, J.   Application of Tossie King for certiorari to the Court of Appeals to review and reverse the judgment and decision of said court rendered in the case of King v. State, 17 Ala. App. 536, 87 South. 701. Writ denied.